# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

> Debtor: Telogy, LLC
> Case Number: 10-10206-MFW     Chapter: 11
> Date / Time / Room: TUESDAY, JANUARY 26, 2010 02:00 PM    CRT#4, 5TH FL.
> Bankruptcy Judge: MARY F. WALRATH
> Courtroom Clerk: LAURIE CAPP
> Reporter / ECR: BRANDON MCCARTHY

## Matter:

> First Day Motions
> R / M #: 17 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order entered
- Item 6 - Order entered
- Item 7 - Order entered
- Item 8 - Order entered
- Item 9 - Order entered
- Item 10 - Order entered
- Item 11 - Order entered
- Item 12 - Order entered
- Bid Procedures hearing set for 2/5/10 at 9:30 am
- Second Day Motion hearing set for 2/23/10 at 12:30 pm