IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------- x
In re:                                           :   Chapter 11
                                                 :
                                                 :   Case No. 10-10206 (MFW)
Telogy, LLC, et al.,                             :
                                                 :   Joint Administration Pending
                    Debtors.                     :
                                                 :   Objection Deadline for Bid Procedures: February 4, 2010 at 12:4:00 p.m
                                                 :   Hearing Date for Bid Procedures: February 5, 2010 at 9:30 a.m.
                                                 :
                                                 :   Objection Deadline for Sale Motion: TBD
                                                 :   Hearing Date for Sale Motion: TBD
                                                 :
------------------------------------------------- x

## NOTICE OF MOTION

TO: (a) the United States Trustee for the District of Delaware; (b) counsel to the agent for the Debtors' prepetition secured lenders; (c) the Debtors' twenty (20) largest unsecured creditors on a consolidated basis; and (d) those parties requesting notice pursuant to Bankruptcy Rule 2002

PLEASE TAKE NOTICE that on January 24, 2010, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors")[1] have filed the *Motion of Telogy, LLC for Orders: (A)(I) Approving Bid Procedures in Connection with Sale of Substantially all of Its Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interest; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No. 14] (the "Sale Motion"), attached hereto as Exhibit A, with the United States Bankruptcy Court for the District of Delaware.

PLEASE TAKE FURTHER NOTICE that responses, if any, to the Sale Motion as they relate to the Bidding Procedures Order, including relief with respect to the Break-up Fee and Expense Reimbursement (each as defined in the Sale Motion) are required to be filed on or before **February 4, 2010 at 12:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the Debtors' undersigned counsel so as to be received on or before the Objection Deadline.

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) e-Cycle, LLC (1582) and (ii) Telogy, LLC (1530). The Debtors' executive headquarters are located at 3200 Whipple Road, Union City, California 94587.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE SALE MOTION, <u>SOLELY</u> AS IT RELATES TO THE BIDDING PROCEDURES ORDER, INCLUDING THE BREAK-UP FEE AND EXPENSE REIMBURSEMENT WILL BE HELD ON **FEBRUARY 5, 2010 AT 9:30 A.M. (ET)**, BEFORE THE HONORABLE MARY F. WALRATH, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE SALE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: Wilmington, Delaware
January 27, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
John C. Longmire
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Proposed Counsel to the Debtors
and Debtors in Possession