# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re                                   :     Chapter 11

Telogy, LLC, et al.,            :     Case No. 10-10206 (MFW)

         Debtors.          :     Jointly Administered

                                     :     **Ref. Docket Nos. 14, 56 & ____**

-------------------------------------------------------------x

## CERTIFICATION OF COUNSEL REGARDING ORDER: (I) APPROVING BIDDING PROCEDURES IN CONNECTION WITH SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS; (II) SCHEDULING HEARING TO CONSIDER SALE OF ASSETS; (III) APPROVING FORM AND MANNER OF NOTICE THEREOF; (IV) APPROVING BREAK-UP FEE AND EXPENSE REIMBURSEMENT AND (V) GRANTING RELATED RELIEF

On January 24, 2010, Telogy, LLC ("**Telogy**"), one of the debtors and debtors in possession in the above-captioned cases (together, the "**Debtors**"), through their undersigned proposed counsel, filed the *Motion of Telogy, LLC for Orders: (A)(I) Approving Bid Procedures in Connection with Sale of Substantially All of Its Assets; (II) Scheduling Hearing to Consider Sale of Assets; (III) Approving Form and Manner of Notice Thereof; and (IV) Approving Break-Up Fee and Expense Reimbursement; (B)(I) Authorizing and Approving Sale of Assets Free and Clear of Liens, Claims, Encumbrances, and Interests; and (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Lease; and (C) Granting Related Relief* [D.I. 14] (the "**Motion**"). On February 4, 2010, the Official Committee of Unsecured Creditors (the "**Committee**") filed its objection (the "**Objection**") to the Motion arguing, among other things, that the proposed timeline for the proposed sale and the bid protections in connection therewith would hamper a competitive bidding process.

On February 5, 2010, a hearing (the "**Hearing**") was held on the Motion and the Objection. At the conclusion of the Hearing, the Court ruled on the Motion and Objection and directed the Debtors, the Committee, McGrath Rentcorp. and the Debtors' prepetition secured lenders (collectively, the "**Parties**") submit and agreed upon order under certification of counsel which is consistent with the Courts ruling. Attached hereto as <u>Exhibit A</u> is revised form of order (the "**Revised Order**") which has been agreed upon by the Parties and which is consistent with the Court's ruling at the Hearing. For the Court's convenience, attached hereto as <u>Exhibit B</u>, is a blackline of the Revised Order.

WHEREFORE, the Parties respectfully request that the Court enter the Revised Order, attached hereto as Exhibit A, without further notice or hearing at the Court's earliest convenience.

DB02:9240015.1 069120.1001

Dated: February 8, 2010
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Matthew B. Lunn (No. 4119)
Donald J. Bowman, Jr. (No. 4383)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

WILLKIE FARR & GALLAGHER LLP
John C. Longmire
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019-6099
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Proposed Co-Counsel to the Debtors
and Debtors in Possession*