IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------- x
In re                                                         :    Chapter 11
                                                              :
Telogy LLC., et al.,                                          :    Case No. 10-10206 (MFW)
                                                              :
                    Debtors.                                  :    Jointly Administered
                                                              :
                                                              :    Ref. Docket Nos.: 12 & 38
------------------------------------------------------------- x
```

## ORDER APPROVING STIPULATION REGARDING EXTENSION OF AUTHORIZATION TO USE OF CASH COLLATERAL

The Court having considered the *Stipulation Regarding Extension of Authorization to Use Cash Collateral* (the "Stipulation"), attached hereto as Exhibit A; and the Court having determined that good and adequate cause exist for the approval of the Stipulation; and it appearing that the relief is in the best interest of the Debtors; their estates, creditors and other parties in interests;

IT IS HEREBY ORDERED THAT

1. The Stipulation is Approved.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
        February 23, 2010

_____
Mary F. Walrath
United States Bankruptcy Judge