# **EXHIBIT A**

Stipulation

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re                                                          :    Chapter 11
                                                               :
Telogy, LLC, et al.,                                           :    Case No. 10-10206 (MFW)
                                                               :
        Debtors.                                               :    Jointly Administered
                                                               :    **Ref. Docket No.: 12 & 38**
---------------------------------------------------------------- x

## STIPULATION REGARDING EXTENSION
## OF AUTHORIZATION TO USE OF CASH COLLATERAL

WHEREAS, on January 24, 2010 (the "Petition Date"), Telogy, LLC ("Telogy") and e-Cycle, LLC ("e-Cycle" together, the "Debtors") filed voluntary petitions for relief under chapter 11 of the United States Code (the "Bankruptcy Code");

WHEREAS, on the Petition Date, the Debtors filed the *Motion of the Debtors Pursuant to Sections 105(a), 361, 362, 363 and 552 of the Bankruptcy Code and Bankruptcy Rule 4001(b) for Entry of an Stipulation and Interim and Final Orders: (A) Authorizing Use of Cash Collateral; (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing on the Motion* (the "Motion");

WHEREAS, on January 26, 2010, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Stipulation and Interim and Final Order: (A) Authorizing Use of Cash Collateral and (B) Granting Adequate Protection* (the "Interim Order") [D.I. 38];

WHEREAS, pursuant to the terms of the Interim Order, the Debtors' right to use Cash Collateral[1] was authorized through the earlier of: (a) the date on which an order is entered

---

[1] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Order.

approving or denying a final stipulation regarding the Debtors' use of Cash Collateral; and (b) the date (the "Termination Date") that is the earlier to occur of (i) the first business day after expiration of the Remedies Notice Period; and (ii) February 28, 2010;

WHEREAS, the Debtors, the Agent and the Lenders have agreed to extend the Termination Date with respect to the authorization to the use of Cash Collateral to March 11, 2010 at which time a final hearing on the Motion shall be held;

IT IS HEREBY AGREED THAT:

1. Clause (b)(ii) of Paragraph 2 of the Interim Order is amended such that "February 28, 2010" is replaced with "March 19, 2010." *[handwritten edits]*

2. Except as specifically amended by the terms of the foregoing paragraph 1, the Interim Order remains in full force and effect in accordance with its terms.

STIPULATED AND AGREED TO BY:

Dated: Wilmington, Delaware
February 23, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Matthew B. Lunn
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
John C. Longmire
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

Proposed Counsel for the Debtors and
Debtors in Possession

Dated: February 23, 2010

/s/ Stuart M. Brown
EDWARDS ANGELL PALMER & DODGE LLP
Stuart M. Brown (#4050)
R. Craig Martin (#5032)
919 N. Market Street, 15th Floor
Wilmington, DE 19801
(302) 777-7770

Counsel to the Agent and Lenders