IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
In re:                          : Chapter 11
                                :
Telogy, LLC, et al.,[1]         : Case No. 10-10206 (MFW)
                                :
            Debtors.            : Jointly Administered
                                :
---------------------------------------------------- x

**NOTICE OF SUCCESSFUL BID AND
BACK-UP BID IN CONNECTION WITH SALE OF
SUBSTANTIALLY ALL ASSETS OF TELOGY, LLC**

By order dated February 9, 2010 (the "Bidding Procedures Order"), the United States Bankruptcy Court for the District of Delaware approved bidding procedures (the "Bidding Procedures") in connection with the sale of substantially all of the assets of Telogy, LLC ("Telogy" or the "Debtor" and, together with e-Cycle, LLC, the "Debtors").

In accordance with the Bidding Procedures, the Debtor conducted an auction on March 16, 2010, and, after consultation with the advisors of the Committee and the Agent (each as defined in the Bidding Procedures Order), selected: (i) the bid submitted by Electro Rent Corporation (the "Purchaser"), with the proposed purchase price of $26,708,000 million in cash, as the Successful Bid (as defined in the Bidding Procedures); and (ii) the bid submitted by McGrath Rent Corp in the amount of $26,182,570 million in cash,[2] as the Back-Up Bid (as defined by the Bidding Procedures).

---

[1] The last four digits of the taxpayer identification numbers of the Debtors follow in parentheses: (i) e-Cycle, LLC (1582) and (ii) Telogy, LLC (1530). The Debtors' executive headquarters are located at 3200 Whipple Road, Union City, California 94587

[2] As McGrath Rent Corp ("McGrath") was the "stalking horse" bidder, its bid obviated the need to reimburse the Debtor for the payment of Expense Reimbursement and a Break-up Fee up to an aggregate amount of $500,430 (the "Buyer Protection Amount"), and McGrath credited the Buyer Protection Amount in its Back-Up Bid as permitted by the Bidding Procedures.

Pursuant to the Bidding Procedures Order, a hearing to consider approval of the sale to the Successful Bidder and Back-Up Bidder is scheduled for **March 19, 2010 at 9:30 a.m. (prevailing Eastern Time)** before the Honorable Mary F. Walrath at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 (the "Sale Hearing"). A copy of the Asset Purchase Agreement by and between the Debtor and the Purchaser will be filed on the Debtor's docket and posted on the Debtor's website at http://chapter11.epiqsystems.com/telogy in connection with the Sale Hearing.

Dated: Wilmington, Delaware
March 17, 2010

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____/s/ Matthew B. Lunn_____
Matthew B. Lunn (No. 4119)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600

-and-

WILLKIE FARR & GALLAGHER LLP
John C. Longmire
Shaunna D. Jones
Andrew D. Sorkin
787 Seventh Avenue
New York, New York 10019
(212) 728-8000

*Co-Counsel for the Debtors and
Debtors in Possession*