# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

| | |
|---|---|
| **Debtor:** | Telogy, LLC |
| **Case Number:** | 10-10206-MFW    **Chapter:** 11 |
| **Date / Time / Room:** | FRIDAY, MARCH 19, 2010 09:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus (moved from 3/11/10)

**R / M #:**   189 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
    Item 1 - Order entered
    Item 2 - Order entered
    Item 3 - Withdrawn
    Item 4 - Withdrawn