IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                                 :   Chapter 11
                                      :
Telogy, LLC, et al.,                  :   Case No. 10-10206 (MFW)
                                      :
            Debtors.                  :   Jointly Administered
                                      :
                                      :
---------------------------------------------------x

## SECOND MONTHLY FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010

| | |
|---|---|
| Name of Applicant: | Willkie Farr & Gallagher LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | Effective as of January 24, 2010 |
| Period for which compensation and reimbursement is sought: | March 1, 2010 through March 31, 2010 |
| Amount of Interim Compensation sought as actual, reasonable, and necessary: | $288,042.50 |
| Amount of Interim Expense Reimbursement sought as actual, reasonable, and necessary: | $6,357.02 |

This is a: __X__ monthly ____ interim ____ final application

This Application does not include any fees incurred in connection with the preparation and filing of this Application. WF&G intends to seek compensation in connection with preparation and filing of this Application at a later date.

## MONTHLY COMPENSATION BY INDIVIDUAL

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Bar Admission, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS** | | | | |
| Gordon R. Caplan | Partner since 2002. Joined firm as a Partner in 2002. Member of NY Bar since 1992. Practices in firm's Corporate & Financial Services Department. | $890 | 15.30 | $13,617.00 |
| John C. Longmire | Partner since 2004. Joined firm as an associate in 1995. Member of NY Bar since 1996. Practices in firm's Business Reorganization & Restructuring Department. | $825 | 70.50 | $58,162.50 |
| David E. Rubinsky | Partner since 2007. Joined firm as an associate in 1999. Member of NY Bar since 1998. Practices in firm's Executive Compensation & Employee Benefits Department. | $730 | 0.40 | $292.00 |
| **COUNSEL** | | | | |
| Miriam A. Bishop | Counsel since 2007. Joined firm as an associate in 1995. Member of DC Bar since 1989. Practices in firm's Corporate & Financial Service Department. | $690 | 2.40 | $1,656.00 |
| Cindy J. Chernuchin | Special Counsel since 2005. Joined firm as an associate in 1997. Member of NY Bar since 1985. Practices in firm's Corporate & Financial Services Department. | $690 | 4.60 | $3,174.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Bar Admission, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **ASSOCIATES** | | | | |
| Gerald Brant | Joined firm as an associate in 2007. Member of NY Bar since 2008. Practices in firm's Corporate & Financial Services Department. | $535 | 48.30 | $25,840.50 |
| Katie M. Calabrese | Joined firm as an associate in 2006. Member of NY Bar since 2007. Practices in firm's Executive Compensation & Employee Benefits Department. | $555 | 0.80 | $444.00 |
| Ann Harrington | Joined firm as an associate in 2008. Member of NY Bar since 2009. Practices in firm's Corporate & Financial Services Department. | $480 | 9.90 | $4,752.00 |
| Shaunna D. Jones | Joined firm as an associate in 2003. Member of NY Bar since 2004. Practices in firm's Business Reorganization & Restructuring Department. | $675 | 40.80 | $27,540.00 |
| Andrew R. Mariniello | Joined firm as an associate in 2005. Member of NY Bar since 2006. Practices in firm's Corporate & Financial Services Department. | $610 | 61.10 | $37,271.00 |
| Jordan A. Messinger | Joined firm as an associate in 2004. Member of NY Bar since 2004. Practices in firm's Executive Compensation & Employee Benefits Department. | $645 | 0.50 | $322.50 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Bar Admission, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Joseph F. Richburg | Joined firm as an associate in 2006. Member of NY Bar since 2005. Practices in firm's Litigation Department. | $645 | 85.10 | $54,889.50 |
| Andrew D. Sorkin | Joined firm as an associate in 2007. Member of NY Bar since 2008. Practices in firm's Business Reorganization & Restructuring Department. | $535 | 51.90 | $27,766.50 |
| Michael P. Trahar | Joined firm as an associate in 2004. Member of DC Bar since 2005. Practices in firm's Litigation Department. | $645 | 0.20 | $129.00 |
| **LAW CLERK** | | | | |
| Anna Burns | Joined firm as a law clerk in 2009. Practices in firm's Business Reorganization & Restructuring Department. | $290 | 69.20 | $20,068.00 |
| **LEGAL ASSISTANTS** | | | | |
| Andy Alcindor | Legal Assistant - Litigation Technology Support | $110 | 19.80 | $2,178.00 |
| Alison Ambeault | Legal Assistant - Business Reorganization & Restructuring Department | $240 | 1.30 | $312.00 |
| Elizabeth Bubriski | Legal Assistant - Business Reorganization & Restructuring Department | $170 | 3.30 | $561.00 |
| Corey Casbarro | Legal Assistant - Business Reorganization & Restructuring Department | $170 | 38.90 | $6,613.00 |

| Name of Professional Person | Position of the Applicant, Number of Years in that Position, Prior Relevant Experience, Year of Bar Admission, Area of Expertise | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Jesse Goldstein | Legal Assistant - Corporate & Financial Services Department | $180 | 7.00 | $1,260.00 |
| Heriona Pepaj | Legal Assistant - Litigation Technology Support | $180 | 0.90 | $162.00 |
| Bonnie L. Schmidt | Legal Assistant - Corporate & Financial Services Department | $240 | 4.30 | $1,032.00 |
| **GRAND TOTAL** | | | 536.50 | $288,042.50 |
| **BLENDED RATE**[1] | | $536.89 | | |

---

[1] The blended hourly billing rate of $536.89 is derived by dividing the total fees of $288,042.50 by the total hours of 536.50.

## MONTHLY COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| (01)  General Chapter 11 | 53.10 | $27,926.00 |
| (02)  General Litigation | 22.90 | $13,825.50 |
| (03)  General Corporate | 10.70 | $3,773.50 |
| (04)  Executory Contracts and Leases | 11.10 | $5,530.50 |
| (06)  Employee/Pensions/Labor | 1.30 | $803.50 |
| (07)  Tax Issues | .10 | $53.50 |
| (09)  Creditor/Claim Issues | 203.00 | $99,548.50 |
| (10)  WF&G Retention | .60 | $174.00 |
| (11)  Non-WF&G Retention | 3.60 | $2,330.00 |
| (12)  WF&G Fee Applications | 20.60 | $5,507.50 |
| (14)  Schedules, Statements and Monthly Reports | 2.20 | $984.50 |
| (15)  Cash Collateral/DIP | 6.10 | $4,306.00 |
| (16)  Asset Sales | 201.20 | $123,279.50 |
| **TOTALS** | **536.50** | **$288,042.50** |

## MONTHLY EXPENSE SUMMARY

| Disbursement Category | Total Costs |
|---|---|
| Postage/Messenger/Overnight Delivery | $101.88 |
| Local Transportation | $399.79 |
| Telephone - Long Distance | $115.75 |
| Local Meals | $1,200.61 |
| Other Out of Town Travel | $17.20 |
| Airfare / Train | $232.30 |
| Reproduction | $1,325.92 |
| Air Freight | $8.65 |
| Conference Services | $115.00 |
| Data Acquisition | $2,839.92 |
| **TOTAL** | **$6,357.02** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
In re                              : Chapter 11
                                   :
Telogy, LLC, et al.,               : Case No. 10-10206 (MFW)
                                   :
            Debtors.               : Jointly Administered
                                   :
                                   :
---------------------------------------------------x

## SECOND MONTHLY FEE APPLICATION OF WILLKIE FARR & GALLAGHER LLP AS CO-COUNSEL TO THE DEBTORS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD MARCH 1, 2010 THROUGH MARCH 31, 2010

In accordance with sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-2 of the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and this Court's Amended Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, dated March 9, 2010 [Docket No. 147] (the "Amended Interim Compensation Order"), the law firm of Willkie Farr & Gallagher LLP ("WF&G"), co-counsel to the debtors and debtors in possession in the above-captioned cases (the "Debtors"), hereby submits its second monthly fee application (the "Application") for interim allowance of compensation for professional services rendered and reimbursement of expenses incurred for the interim period March 1, 2010 through March 31, 2010 (the "Compensation Period"). In support of its Application, WF&G respectfully represents:

## BACKGROUND

1. WF&G was employed to represent the Debtors as bankruptcy co-counsel in connection with these chapter 11 cases, effective as of January 24, 2010, pursuant to an Order entered by this Court on February 19, 2010 [Docket No. 110] (the "Retention Order"). The Retention Order authorized WF&G to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

2. By this Application, WF&G respectfully requests that the Court authorize: (a) interim allowance of compensation for professional services rendered by WF&G for the Debtors during the Compensation Period in the amount of $288,042.50; and (b) reimbursement of actual and necessary expenses incurred by WF&G in connection with the rendition of professional services for the Debtors during the Compensation Period in the amount of $6,357.02.[1]

## SUMMARY OF SERVICES RENDERED

3. Attached hereto as Exhibit A is a detailed statement of fees incurred during the Compensation Period, showing the amount of $288,042.50 due for fees. Exhibit B is a detailed statement of expenses incurred during the Compensation Period, showing the amount of $6,357.02 for reimbursement of expenses.

4. The services rendered by WF&G during the Compensation Period are grouped into the categories set forth in Exhibit A. The attorneys, legal assistants and other professionals who rendered services relating to each category are identified, along with the

---

[1] In addition to the services and disbursements described herein, WF&G, in its own discretion, reallocated to a holding account $129.97 for disbursements incurred, which disbursements may not comply with the guidelines for fees and disbursements for professionals promulgated by the Office of the United States Trustee for the District of Delaware. Although WF&G currently is not seeking payment for such amounts in this Application, WF&G reserves the right to seek payment of such amounts in its final fee application.

number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

## VALUATION OF SERVICES

5. Attorneys, legal assistants and other professionals of WF&G have expended a total of 536.50 hours in connection with these cases during the Compensation Period.

6. The amount of time spent by each WF&G professional person providing services to the Debtors for the Compensation Period is fully set forth in the detail attached hereto as Exhibit A. These are WF&G's normal hourly rates of compensation for work of this character. The reasonable value of the services for which WF&G seeks compensation for the Compensation Period as co-counsel to the Debtors in these chapter 11 cases is $288,042.50.

7. WF&G believes that the time entries included in Exhibit A attached hereto and the expense breakdown set forth in Exhibit B attached hereto are substantially in compliance with the requirements of Local Rule 2016-2.

8. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested in this Application is fair and reasonable given: (a) the complexity of these cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; (e) the skill and experience that WF&G has demonstrated in the bankruptcy field; and (f) the costs of comparable services in cases other than cases under the Bankruptcy Code.

## DISBURSEMENTS

9. WF&G has incurred out-of-pocket disbursements during the Compensation Period in the amount of $6,357.02. This disbursement sum is broken down into categories of charges, including, among other things: local transportation/car service charges; telephone (long distance); expenses for "working meals"; travel expenses; reproduction charges;

and computerized research/data acquisition charges. A complete review by category of the expenses incurred for the Compensation Period may be found in the attachments hereto as <u>Exhibit B</u>.[2]

       10.    In compliance with Local Rule 2016-2, WF&G represents that: (i) its rate for duplication is $.10 per page; (ii) there is no charge for incoming or outgoing telecopier transmissions; and (iii) there is no surcharge for computerized research.

---

[2] WF&G's standard practice is to treat expenses as having been incurred when such obligations are recorded and reflected as payable in WF&G's accounting system. Accordingly, WF&G may seek reimbursement of disbursements relating to the Compensation Period in subsequent applications.

**WHEREFORE**, WF&G respectfully requests that the Court: (a) authorize (i) interim allowance of compensation for professional services rendered by WF&G for the Debtors during the Compensation Period in the amount of $288,042.50; and (ii) reimbursement of actual and necessary expenses incurred by WF&G in connection with the rendition of professional services for the Debtors during the Compensation Period in the amount of $6,357.02;[3] and (b) grant such other and further relief as the Court deems just and proper.

Dated: Wilmington, Delaware
       April 23, 2010

                      WILLKIE FARR & GALLAGHER LLP

                      _____
                      John Longmire
                      787 Seventh Avenue
                      New York, New York 10019
                      (212) 728-8000

                      Co-Counsel to the Debtors and Debtors in Possession

---

[3] In accordance with the Amended Interim Compensation Order, the amount payable to WF&G under this Application is $236,791.02 (80% of the compensation requested plus 100% of expenses requested). WF&G reserves the right to make further adjustments to the amount of fees requested in this Application in connection with any application for interim or final compensation and reimbursement of expenses.

# **DECLARATION**

John Longmire, declares and says:

1. I am a Member of the applicant firm, Willkie Farr & Gallagher LLP and have been admitted to the Bar of the State of New York since 1996.

2. I have personally performed some of the legal services rendered by Willkie Farr & Gallagher LLP as co-counsel to the Debtors, and I am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers in the firm. Moreover, I have reviewed Rule 2016-2 of the Local Bankruptcy Rules for the United States Bankruptcy Court for the District of Delaware, and submit that the Application substantially complies with such Rule.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the forgoing is true and correct.

Executed this 23rd day of April, 2010.

John Longmire